# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TYRONE LUNSFORD, JR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: **3:10-cv-00531-JPG -PMF** |
| | ) |
| MADISON COUNTY JAIL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

In its initial screening Order (Doc. 7) on March 2, 2011, the Court dismissed count one of the Plaintiff's four-count complaint and allowed count three against Defendant Unfried to continue. With respect counts two and four for First Amendment retaliation and due process violations, the Court ordered the Plaintiff to file an amended complaint by April 1, 2011 or risk dismissal pursuant to Federal Rule of Civil Procedure 41(b) because Plaintiff had failed to identify the parties responsible for those deprivations. *See* Doc. 7 at 9. Plaintiff has failed to name the parties by the stated deadline.

## RECOMMENDATION

For the foregoing reasons, it is **RECOMMENDED** that counts two and four be **DISMISSED** from this case. If the District Judge adopts this Report and Recommendation, count three of Plaintiff's complaint will remain against Defendant Unfried.

**SO RECOMMENDED.**

**DATED: May 12, 2011.**

*/s/ Philip M. Frazier*
PHILIP M. FRAZIER
UNITED STATES MAGISTRATE JUDGE

1