TYRONE LUNSFORD, JR.,

     Plaintiff,

     v.                                                                      Case No. 10-cv-531-JPG-PMF

MADISON COUNTY JAIL, *et al*.,

     Defendants.

## MEMORANDUM AND ORDER

This matter comes before the Court on Magistrate Judge Philip M. Frazier's Report and Recommendation ("R & R") (Doc. 16) of May 12, 2011, wherein it is recommended that the Court dismiss Counts II (Retaliation) and IV (Procedural Due Process - Discipline) of Plaintiff Tyrone Lunsford, Jr.'s Complaint (Doc. 1) with prejudice. No party filed an objection to the R & R.

After reviewing a report and recommendation, the Court may accept, reject, or modify, in whole or in part, the findings or recommendations of the magistrate judge in the report. Fed. R. Civ. P. 72(b). The Court must review *de novo* the portions of the report to which objections are made. The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

Here, again, neither party has filed an objection to the R & R.  The Court has reviewed the R & R for clear error and finds that it is not clearly erroneous.  As such, the Court **ADOPTS** the R & R (Doc. 16) in its entirety, whereby the Court **DISMISSES** Counts II and IV **with prejudice**.  Further, the Court **DISMISSES** Defendant Madison County Jailers **with prejudice**.  Finally, the Court **DIRECTS** the Clerk of Court to enter judgment accordingly at the close of this case.

**IT IS SO ORDERED**
**DATED: June 14, 2011**

<u>s/ J. Phil Gilbert</u>
**J. PHIL GILBERT**
**DISTRICT JUDGE**