IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TYRONE LUNSFORD, JR., <br><br> Plaintiff, <br><br> vs. <br><br> MADISON COUNTY JAIL, MADISON COUNTY, ILLINOIS, NURSE UNFRIED, and MADISON COUNTY JAILERS, <br><br> Defendants. | Case No. 10-cv-531-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Madison County Jail, Madison County, Illinois, Nurse Unfried, and Madison County Jailers and against Plaintiff Tyrone Lunsford, Jr.,

IT IS FURTHER ORDERED AND ADJUDGED that this case is dismissed with prejudice as to all Defendants.

NANCY J. ROSENSTENGEL

**Dated:** October 15, 2012           **by:s/Deborah Agans, Deputy Clerk**


**Approved:**   s/ J. Phil Gilbert
           **J. PHIL GILBERT
           DISTRICT JUDGE**